OPINION — AG — (CONFLICT OF INTEREST — NEPOTISM) WHILE IT IS NOT A VIOLATION OF 21 O.S. 1961 481 [21-481], FOR THE SON OF A MEMBER OF THE CITY COUNCIL TO BE EMPLOYED IN THE POLICE DEPARTMENT OF A CITY HAVING A STATUTORY STRONG MAYOR COUNCIL FORM OF GOVERNMENT, SUCH EMPLOYMENT IS PROHIBITED BY 11 O.S. 1961 962.34 [11-962.34] CITE: 21 O.S. 1961 481 [21-481] 11 O.S. 1961 962.19 [11-962.19] (JAMES FUSON)